UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 3-05-70945 EMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] DETENTION ORDER |
|  | ) | RE: CLEVELAND DARRELL MITCHELL |
| v. | ) |  |
| CLEVELAND DARRELL MITCHELL, | ) |  |
| Defendant. | ) |  |

On November 28, 2005, defendant Cleveland Darrell Mitchell appeared before the Court, with his counsel, Assistant Federal Public Defender Steven Kalar. Assistant United States Attorney Peter B. Axelrod appeared for the United States. Previously, on November 23, 2005, the defendant appeared before the Court for an initial appearance on an out-of-district arrest warrant related to violations of pretrial release in a Las Vegas, Nevada case, U.S. v. Cleveland Darrell Mitchell, CR-S-04-0504-JCM (RJJ). On November 23, the defendant waived an identity hearing and requested a detention hearing.

On November 28, 2005, the Court held a detention hearing and received evidence in the form of the United States' proffer, the defendant's proffer, and two reports by United States Pretrial Services. After considering the evidence and the parties' arguments, the Court orders the defendant detained as a flight risk pending his return to the District of Nevada for the following

DETENTION ORDER
CR 3-05-70945 EMC

Case 3:05-mj-70945-MAG   Document 6   Filed 12/01/05   Page 2 of 2

reasons:

1. After his release from custody in August, 2005, the defendant has repeatedly failed to report as directed by Pretrial Services in Las Vegas, Nevada. Specifically, he failed to report on August 3 and 5, 2005. On August 8, 2005, he was directed to report on a daily basis; he failed to do so.[1] Further, the defendant was directed to report to Pretrial Services on August 26, 2005 and failed to do so. Since that time (3 months ago), the defendant has not reported to Pretrial Services.

2. The defendant has an extensive history of non-compliance with Court orders, which include five failures to appear and five probation violations.

3. The defendant has no sureties to support his release. The defendant failed to come forward at the hearing with any sureties with money and/or property to post in support of the request.

Accordingly, pursuant to Title 18, U.S.C. §3142 (i), the Court hereby orders the defendant detained pending his transfer to the District of Nevada. The Court further orders that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. (18 U.S.C. §3142(i)(2)). The Court orders that defendant be afforded reasonable opportunity for private consultation with counsel (18 U.S.C. §3142(i)(3)). The Court orders that, on further order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. (18 U.S.C. §3142(i)(4)).

IT IS SO ORDERED.

DATED: 11/29/05

EDWARD M. CHEN
United States Magistrate Judge

---

[1] On August 8, 2005, the defendant submitted a urine sample that tested positive for cocaine, which results were confirmed by later testing.

DETENTION ORDER
CR 3-05-70945 EMC                                    2